Lisa Barnett Sween (SBN 191155)
Spencer Davidson (SBN 281169)
**JACKSON LEWIS P.C.**
50 California Street, 9th Floor
San Francisco, CA 94111
Tel: (415) 394-9400
Fax: (415) 394-9401
Lisa.Sween@jacksonlewis.com
Spencer.Davidson@jacksonlewis.com

Attorneys for Defendants,
SANOFI PASTEUR INC. and SANOFI-AVENTIS
U.S. LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCIA PIASECKI, <br><br> Plaintiff, <br> vs. <br><br> SANOFI PASTEUR, INC., a corporation; SANOFI-AVENTIS U.S. LLC, a limited liability corporation; and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 3:17-cv-04101-WHA <br><br> **DEFENDANTS SANOFI PASTEUR INC. AND SANOFI-AVENTIS U.S. LLC'S NOTICE OF MOTION AND MOTION FOR SUBSTITUTION OF COUNSEL** <br><br> Removal filed: July 20, 2017 <br> Trial Date: September 24, 2018 |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, subject to the Court's approval pursuant to Local Civil Rule 11-5, Defendants Sanofi Pasteur Inc. and Sanofi-Aventis U.S. LLC ("Defendants") hereby move the Court for an order allowing Catherine Dacre and Timothy M. Hoppe of the firm Seyfarth Shaw LLP, located at 560 Mission Street, 31st Floor, San Francisco, California 94105, to WITHDRAW as attorneys of record for Defendants, and SUBSTITUTE as Defendants' attorneys of record Lisa Barnett Sween (SBN 191155) and Spencer J. Davidson (SBN 281169) of the firm Jackson Lewis P.C., located at 50 California Street, 9th Floor, San Francisco, CA 94111. Complete contact information for Defendants' new counsel is captioned above, and is as follows:

1

MOTION FOR SUBSTITUTION OF COUNSEL

Lisa Barnett Sween (SBN 191155)
Lisa.Sween@jacksonlewis.com
Spencer Davidson (SBN 281169)
Spencer.Davidson@jacksonlewis.com
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, CA 94111
Tel: (415) 394-9400
Fax: (415) 394-9401

All necessary parties consent to this substitution, as set forth below:

DATED:                                               SEYFARTH SHAW LLP

By: /s/ *Catherine Dacre*
     Catherine Dacre
     Timothy M. Hoppe
Withdrawing Attorneys for Defendants
SANOFI PASTEUR INC. AND SANOFI-AVENTIS U.S. LLC

DATED:                                               JACKSON LEWIS P.C.

By: /s/ *Lisa Barnett Sween*
     Lisa Barnett Sween
     Spencer J. Davidson
Substituting Attorneys for Defendants
SANOFI PASTEUR INC. AND SANOFI-AVENTIS U.S. LLC

DATED:

By: /s/
Print: THOMAS CHIGNONE
SANOFI PASTEUR INC.

DATED:

By: /s/
Print: Josh R. L.
SANOFI-AVENTIS U.S. LLC

---

2

MOTION FOR SUBSTITUTION OF COUNSEL

1 | The Motion for Substitution of Counsel is granted and so ordered.
2 |
3 |
4 | Date: November 9, 2017.          By: _____
5 |                                      The Hon. William Alsup
6 | 4817-9990-3313, v. 1                 United States District Judge
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

3

MOTION FOR SUBSTITUTION OF COUNSEL