Lisa B. Sween (State Bar No. 191155)
Spencer J. Davidson (State Bar No. 281169)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: lisa.sween@jacksonlewis.com
E-mail: spencer.davidson@jacksonlewis.com

Attorneys for Defendants
SANOFI PASTEUR, INC. and
SANOFI-AVENTIS U.S., LLC

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCIA PIASECKI,<br><br>Plaintiff,<br><br>vs.<br><br>SANOFI PASTEUR, INC., a corporation; SANOFI-AVENTIS U.S., LLC, a limited liability corporation; and DOES 1-20,<br><br>Defendants. | Case No. 3:17-cv-04101-WHA<br><br>STIPULATION BY AND BETWEEN PLAINTIFF MERCIA PIASECKI AS WELL AS DEFENDANTS SANOFI PASTEUR, INC. AND SANOFI-AVENTIS U.S., LLC TO ENGAGE IN PRIVATE MEDIATION PRIOR TO A SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE KANDIS WESTMORE; PROPOSED ORDER THEREON<br><br>Complaint Filed: June 20, 2017<br>Removal Filed: July 20, 2017<br>Trial Date: September 24, 2018 |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff MERCIA PIASECKI ("Plaintiff") along with Defendants SANOFI PASTEUR, INC. and SANOFI-AVENTIS U.S., LLC ("Defendants," collectively "the Parties") hereby stipulate and agree as follows:

WHEREAS on September 25, 2017 the clerk of court served a Notice Setting Telephonic Conference, informing the Parties that Magistrate Judge Kandis Westmore had been assigned to this matter for settlement purposes, and scheduling a pre-settlement conference telephone call with the Parties to take place on November 9, 2017;

WHEREAS on November 9, 2017, the Parties appeared through their counsel of record at

the pre-settlement conference telephone call with Judge Westmore, informing her of the facts and posture of the case, as well as the Parties' willingness to engage in alternative dispute resolution ("ADR");

WHEREAS during their November 9th conference with Judge Westmore, the Parties informed the Judge that they had met and conferred pertaining to ADR, and reached an agreement to engage mediator Jeffrey Ross to conduct a private mediation of this matter in early 2018. The mediation session has been confirmed with Mr. Ross' office to occur on February 8, 2018;

WHEREAS the Parties indicated during their conference with Judge Westmore that they would prefer to conduct this mediation session in advance of a settlement conference with the Court, and reconvene with Judge Westmore after the February 2018 mediation with Mr. Ross should a settlement not be reached;

WHEREAS Judge Westmore indicated that she was amenable to this procedure, should the Court enter an order allowing the Parties to proceed in this manner;

IT IS THEREFORE STIPULATED and requested that the Parties be permitted to mediate with Jeffrey Ross in advance of any settlement conference with Judge Westmore, and that should the Court be so inclined, a further status conference be set on a date after February 8, 2018 in order to schedule such settlement conference should the Parties fail to reach a mediated agreement.

IT IS SO STIPULATED.

Dated: November 10, 2017

RUDY, EXELROD, ZIEFF & LOWE, LLP

By: _____
David A. Lowe
Michelle G. Lee
Attorneys for Plaintiff
MERCIA PIASECKI

///

///

///

Dated: November 10, 2017    JACKSON LEWIS P.C.

By: _____
Lisa Barnett Sween
Spencer J. Davidson
Attorneys for Defendants
SANOFI AVENTIS U.S., LLC and
SANOFI PASTEUR, INC.

Pursuant to Local Rule 5-1(i), the filing attorney certifies that this Stipulation is filed with the consent and concurrence of all signatories identified above.

## ~~PROPOSED~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Parties shall be permitted to engage in private mediation prior to any settlement conference.

It is further ordered: _____

_____

Dated: December 6, 2017.    By: _____
JUDGE OF THE UNITED STATES DISTRICT
COURT–NORTHERN DISTRICT OF CALIFORNIA

4833-8572-0660, v. 1

STIPULATION TO ENGAGE IN PRIVATE MEDIATION
PRIOR TO SETTLEMENT CONFERENCE

3

Case No. 3:17-cv-04101-WHA